DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHNNIE F. HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2803

_____

January 16, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

LaROSE, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.